Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000171
08-JUN-2012
08:32 AM

NO. CAAP-11-0000171

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


GEORGE R. ARIYOSHI, as Trustee of the
George R. Ariyoshi Revocable Living Trust, et al.,
Plaintiffs-Appellees
v.
EQUINIX, INC., a Delaware corporation, et al.,
Defendants-Appellants,
and
MORGAN STANLEY, et al., Defendants-Appellees.
(CIVIL NO. 08-1-1709)

---

RUBY KIMOTO, Plaintiff-Appellee,
v.
EQUINIX, INC., et al., Defendants-Appellants,
and
MORGAN STANLEY, et al., Defendants-Appellees
(CIVIL NO. 08-1-2115)

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT


ORDER APPROVING THE STIPULATION FOR DISMISSAL
WITH PREJUDICE OF APPEAL AND ALL CLAIMS AND PARTIES
(By: Foley, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon consideration of the Stipulation for Dismissal

With Prejudice of Appeal and All Claims and Parties, filed

June 6, 2012, the papers in support, and the records and files

herein, the parties are stipulating to dismiss the appeal with prejudice and with each party to bear its own attorneys' fees and costs. Therefore,

IT IS HEREBY ORDERED that the stipulation is approved, and the appeal is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

DATED: Honolulu, Hawai'i, June 8, 2012.

Presiding Judge

Associate Judge

Associate Judge